UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANTHONY HATCHES,

                      Plaintiff,

      - against -

SGT. CIPOLLINI; C.O. NICHOLS; C.O. PRESTON
C.O. WALKER; C.O. HERNANDEZ;

                      Defendants.

------------------------------------------------------------------X

17 CV 6053 (VLB)

**NOTICE OF PARTIAL MOTION TO DISMISS**

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, defendants Sgt. Cipollini, C.O. Nichols, C.O. Preston, C.O. Walker, and C.O. Hernandez (collectively, "Defendants"), by their attorney, ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, will move this Court before the Honorable Vincent L. Briccetti, United States District Judge, at the Honorable Charles L. Brieant Jr. United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, on a date set by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendants' partial motion to dismiss Plaintiff's complaint, and for such further relief as this Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that answering papers are to be served within 30 days after service of Defendant's moving papers.

Dated: White Plains, New York
       November 17, 2017

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants

By: *[signature]*

Jennifer Gashi
Assistant Attorney General
Litigation Bureau
44 South Broadway
White Plains, New York 10601
(914) 422-8748
Jennifer.gashi@ag.ny.gov

To:
Alan D. Levine, Esq.
Attorney for Plaintiff
80-02 Kew Gardens Road, Suite 307
Kew Gardens, New York 11415

DOCKET NO. 17-CV-6053 (VLB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY HATCHES,

Plaintiff,

-against-

GT. CIPOLLINI; C.O. NICHOLS; C.O. PRESTON, C.O. WALKER; C.O. HERNANDEZ,

Defendants.

NOTICE OF PARTIAL MOTION TO DISMISS

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants
44 South Broadway, 5th Floor
White Plains, New York 10601

JENNIFER GASHI
Assistant Attorney General
(914) 422-8755