## ALAN D. LEVINE
ATTORNEY AT LAW
80-02 KEW GARDENS ROAD
KEW GARDENS, NEW YORK 11415

ALAN D. LEVINE

SUSANNE RAMKISHUN

(718) 793-6363
FAX: (718) 261-0317
E-MAIL: alandlaw@justice.com

March 6, 2018

**VIA ECF**
Honorable Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, New York 10601

      Re:  Hatches v. Cipollini, et al.
           17 CV 6053 (VB)

Dear Judge Briccetti:

     I am the attorney for the plaintiff in the above-referenced action. On January 30, 2018, Your Honor extended the deadline for plaintiff's filing his amended complaint to February 27, 2018. The reason for the extension was that the attorney general's office had provided my office with recordings of plaintiff's disciplinary hearing that had turned out to be incomplete. The attorney general's office had not realized that the tapes were incomplete when they provided them to me. The assistant attorney general assigned to this case had telephoned me last week with regard to this particular matter, but I had not been available to speak to her. We were able to speak yesterday morning, March 5, 2018. She informed me that a search is being conducted by employees of the State Department of Corrections and Community Supervision to ascertain definitively as to whether a complete tape exists and, if so, to provide it to both her office and mine. Therefore, she and I agreed that I would ask Your Honor for an additional extension, to March 30, 2018, to file an amended complaint. Both the assistant attorney general and I are hoping that this will be sufficient time for the persons at DOCCS to obtain and provide a complete tape of the hearing, should one exist.

     Both the assistant attorney general and I thank the court for its consideration of this request.

Very truly yours,

ALAN D. LEVINE, ESQ.

ADL/mp
cc: Jennifer Gashi, Esq.