UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

_Hatches_,
Plaintiff(s),

v.

_Cipolini_,
Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE FILED: 1/10/20

**CALENDAR NOTICE**

17 CV 6053 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/
re-scheduled for:

✓ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument      ___ Plea hearing

___ Bench ruling on motion      ___ Sentencing

on _1-23-_, 20_20_, at _11:30AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _1-17-20_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-10-_, 20_20_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge