

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

> Application granted. The case management conference previously scheduled for 2/1/2021 is adjourned to 3/1/2021 at 11:30 a.m. Defendants are directed to serve a copy of this Order upon plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>         January 25, 2021

**Via ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Hatches v. Cippollini, et. al.*, 17 Civ. 6053 (VLB)

Your Honor:

    I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York assigned to defense of this matter. I write today, to request an adjournment of the case management conference that is currently scheduled for February 1, 2021 at 9:30 a.m.

    There are multiple reasons for this request. The first reason is that I have been contacted by plaintiff by telephone regarding the possibility of settlement in this case. On January 8, 2021 plainitff emailed me a formal settlement demand. I am asking for an adjournment so that I can have more time to discuss plaintiff's demand with my clients before we proceed further in this case. I contacted plaintiff via email and he consented to a 30 day adjournment for our conference. He additionally informed me that there are documents that he needs to obtain from his former attorney and the adjournment would allow him the time to get his documents before our next conference. We respectfully ask for an adjournment of 30 days, or to any date in March that is convenient for the court, for our next case management conference.

    Additionally, should your honor not grant our request for a longer adjournment of the case management conference, I would still request an adjournment of the conference for a date on or after February 3, 2021 as I will be unexpectedly out of the office on February 1, 2021 due to a family matter. Thank you for considering this request.

                                                                   Respectfully submitted,

By: *[signature]*
Jennifer Gashi
Assistant Attorney General
44 South Broadway
White Plains, NY 10601
(914) 422-8755

jennifer.gashi@ag.ny.gov

Via First Class Mail:
Anthony Hatches
Plaintiff Pro Se
102-23-154th st
Queens, NY 11433